1 | Delos E. Brown, Esq. (SBN 058816)
  | dbrown@brownbrownklass.com
2 | John J. Stumreiter, Esq. (SBN 058415)
  | jstumreiter@brownbrownklass.com
3 | BROWN, BROWN & KLASS
  | 28118 Agoura Road, Suite 103
4 | Agoura Hills, CA  91301
  | Tel:   (818) 597-9590
5 | Fax:   (818) 597-9591

6 | Attorneys for Defendants ANNA WILINSKI (erroneously named as Anna Willinski), SANTIAGO MASSANO (erroneously named as Santiago Masano), and JEST PAINT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELENA BONIFAZ and DIAMOND FX USA LLC, a California Limited Liability Corporation,

    Plaintiff,

v.

ANNA WILLINSKI, SANTIAGO MASANO, JEST PAINT, ANGELA REUDELHUBER aka ANGELA VON HUBER, and DOES 1-20

    Defendants.
_____

Case No.  EDCV 12-00537-BRO(SPx)

Judge:  Hon. Beverly Reid O'Connell

**JUDGMENT**

Hrg:   Aug. 19, 2013
Time:  1:30 p.m.
Loc.   Ctrm 14
       312 N. Spring St.
       Los Angeles CA

1 | Having granted the motion for summary judgment of defendants ANNA
2 | WILINSKI (erroneously named as Anna Willinski), SANTIAGO MASSANO
3 | (erroneously named as Santiago Masano), and JEST PAINT, it is hereby
4 | ORDERED, ADJUDGED AND DECREED:

5 | 1. Plaintiffs take nothing as against defendants ANNA WILINSKI
6 | (erroneously named as Anna Willinski), SANTIAGO MASSANO (erroneously
7 | named as Santiago Masano), and JEST PAINT .

8 | 2. Defendants ANNA WILINSKI (erroneously named as Anna
9 | Willinski), SANTIAGO MASSANO (erroneously named as Santiago Masano), and
10 | JEST PAINT may file a motion to recover costs against plaintiffs Elena Bonifaz
11 | and Diamond FX USA, LLC, now known as FAZMATAZ, LLC, jointly and
12 | severally, pursuant to the rules of this Court.

Dated: October 4, 2013

_____
United States District Judge

1