1  Delos E. Brown, Esq. (SBN 058816)
       dbrown@brownbrownklass.com
2  John J. Stumreiter, Esq. (SBN 058415)
       jstumreiter@brownbrownklass.com
3  BROWN, BROWN & KLASS
   28118 Agoura Road, Suite 103
4  Agoura Hills, CA  91301
   Tel:  (818) 597-9590
5  Fax:  (818) 597-9591

6  Attorneys for Defendants ANNA WILINSKI (erroneously named as Anna Willinski), SANTIAGO MASSANO (erroneously named as Santiago Masano), and JEST PAINT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA BONIFAZ and DIAMOND FX USA LLC, a California Limited Liability Corporation, | Case No.  EDCV 12-00537-BRO(SPx) |
| | Judge:  Hon. Beverly Reid O'Connell |
| Plaintiff, | **JUDGMENT** |
| v. | Hrg:   Aug. 19, 2013 |
| ANNA WILLINSKI, SANTIAGO MASANO, JEST PAINT, ANGELA REUDELHUBER aka ANGELA VON HUBER, and DOES 1-20 | Time:  1:30 p.m. |
| | Loc.   Ctrm 14 |
| | 312 N. Spring St. |
| | Los Angeles CA |
| Defendants. | |

1   Having granted the motion for summary judgment of defendants ANNA
2   WILINSKI (erroneously named as Anna Willinski), SANTIAGO MASSANO
3   (erroneously named as Santiago Masano), and JEST PAINT, it is hereby
4   ORDERED, ADJUDGED AND DECREED:
5   1.   Plaintiffs take nothing as against defendants ANNA WILINSKI
6   (erroneously named as Anna Willinski), SANTIAGO MASSANO (erroneously
7   named as Santiago Masano), and JEST PAINT .
8   2.   Defendants ANNA WILINSKI (erroneously named as Anna
9   Willinski), SANTIAGO MASSANO (erroneously named as Santiago Masano), and
10  JEST PAINT may file a motion to recover costs against plaintiffs Elena Bonifaz
11  and Diamond FX USA, LLC, now known as FAZMATAZ, LLC, jointly and
12  severally, pursuant to the rules of this Court.

Dated: October 4, 2013

_____
United States District Judge

1